UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DEANNIE B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22-cv-00067-JAW |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on January 27, 2023 her Recommended Decision (ECF No. 30). The Plaintiff did not file an objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 30) be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2023